IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RANDALL J. KEYSTONE,<br>    Petitioner, | Civil Action No. 7:06-cv-00503 |
| v. | **FINAL ORDER** |
| GENE JOHNSON, DIRECTOR,<br>    Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is summarily **DISMISSED,** pursuant to Rule 4 of the Rules Governing § 2254 Cases, and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 7th day of September, 2006.

/s/ James C. Turk
Senior United States District Judge